UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID YWAIN YOUNG,

                     Petitioner,               Case No. 1:11-cv-4

v.

                                            Honorable Paul L. Maloney

ALLEN L. BYAM,

                     Respondent.

_____/

**<ins>JUDGMENT</ins>**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without

prejudice.


Dated:  <u>February 22, 2011</u>           <u>/s/ Paul L. Maloney              </u>
                                               Paul L. Maloney
                                               Chief United States District Judge